

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-15-00462-CR

| | | |
|---|---|---|
| Gerald DeMarsh | § | From County Criminal Court No. 1 |
| | § | of Denton County (CR-2015-03589-A) |
| v. | § | |
| | | February 18, 2016 |
| | § | |
| | | Opinion by Justice Sudderth |
| The State of Texas | § | |
| | | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bonnie Sudderth_____
      Justice Bonnie Sudderth